AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| HSIN FANG HU,<br>on her own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>TEA POT 88 INC.<br>d/b/a Tea Pot Bubble Tea & Wheel Pie<br>et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-12158 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/26/2018

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

**TEA POT 88 INC. d/b/a Tea Pot Bubble Tea & Wheel Pie**
127A Walker Street, New York, NY 10013

**JEN 127 INC d/b/a Jen 127**
127 Walker Street, New York, NY 10013

**JENNIFER KUEI-YING LU**
127 Walker Street, New York, NY 10013

**HSIN FANG HU v.
TEA POT 88 INC. d/b/a Tea Pot Bubble Tea & Wheel Pie, et al.**

**Summons Rider**